UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

| | | |
|---|---|---|
| HARRY SMALL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 05-110-GFVT |
| VS. | ) | |
| | ) | |
| | ) | |
| HENRY WILLIAMS | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is currently pending for review of the Report and Recommendation of United States Magistrate Judge Peggy E. Patterson filed herein on January 10, 2006. This Report and Recommendation advises the parties that any objections must be filed within ten (10) days of service. As of this date, neither party has filed objections or sought an extension of time to do so.

In relevant part, the Report and Recommendation indicates that the Petitioner did not comply with the undersigned's April 26, 2005, order directing him to complete the official court form for a § 2254 habeas corpus petition, instead indicating in response to that order that he is not intending to challenge his current imprisonment, his construed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 should be denied; this matter should be dismissed, but without prejudice to Petitioner's right to file a subsequent § 2254 habeas petition on the Court's official forms; and, this action should be stricken from the active docket of the Court. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Peggy E. Patterson is **ADOPTED** in full and **INCORPORATED** herein by reference.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 8th day of February, 2006.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge